[No. 32328-1-II.   Division Two.   May 10, 2005.]

BARBARA A. STUART, *Appellant*, v. WPIG, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-08527-3, Kathryn J. Nelson, J., entered March 29, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 32582-9-II.   Division Two.   May 10, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. MARK M. QANDIL, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-2-00523-2, James E. Warme, J., entered October 29, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 22391-4-III.   Division Three.   May 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER DARLENE BALDWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00434-4, Vic L. VanderSchoor, J., entered September 10, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 23065-1-III.   Division Three.   May 10, 2005.]

MARILYN ARNZEN, *Appellant*, v. ADAM BOULTON, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 03-2-50810-4, Vic L. VanderSchoor, J., entered May 3, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.